```
1   STEVEN F. GRUEL (CSBN 213148)
    Attorney at Law
2
    315 Montgomery Street, 9th Floor
3   San Francisco, California 94104
    Telephone Number (415) 989-1253
    Fax Number (415) 449-3622
4   attystevengruel@sbcglobal.net

5   www.gruellaw.com

6   Attorney for Michael Canatella
```

*IT IS SO ORDERED* /s/ James Ware — Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-00-00303-JW |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE |
| Vs. | ) |
| MICHAEL CANATELLA, | ) Honorable James Ware |
| Defendant. | ) |

Defendant Michael Canatella, by and through his attorney, Steven F. Gruel, and the United States of America, by and through his attorney, David Hall, hereby requests that the sentencing hearing set for October 31, 2011, be continued to November 7, 2011. The defendant is not in custody.

The basis for this stipulation is that: (1) the defense only received the latest version of the presentence report on October 26, 2011 and requests the additional time to respond accordingly; and (2) the defense has yet to receive the government's anticipated motion for a downward

*STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE*

- 1

departure motion pursuant to 5K1.1 of the United States Sentencing Guidelines. This too must be received and reviewed in order to fully prepare and file the defendant's sentencing brief.

SO STIPULATED:

DATED: 10/27/2011     __/s/_____
STEVEN F. GRUEL
Attorney for Michael Canatella

DATED: 10/27/2011

__/s/_____
DAVID HALL
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant Michael Canatella's sentencing hearing is hereby continued to November 7, 2011, at 1:30 pm.
IT IS SO ORDERED.

DATED: 10/27/11     _____
HONORABLE JAMES WARE
Chief United States Judge

*STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE*

- 2