1  RICHARD A. CANATELLA (SBN 53264)
   Cotter & Del Carlo
2  4610 Mission Street, Fourth Floor
   San Francisco, CA 94112
3  415 584-5446
   416 584-5447-FAX
4  email: delcarlo@earthlink.net

5  Attorneys for Defendant Michael A. Canatella

6                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
7                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 8  UNITED STATES OF AMERICA, | No. CR - 00 - 0303 JW |
| 9           Plaintiff, | STIPULATION AND ORDER RE |
| 10  v. | AUTHORIZATION TO OFFICIAL REPORTER TO TRANSCRIBE |
| 11  MICHAEL A. CANATELLA, | PROCEEDINGS AND PREPARE TRANSCRIPT FOR DISTRIBUTION |
| 12           Defendant.       / | TO THE GOVERNMENT AND DEFENDANT |
| 13 | Date: March 5, 2012 |
| 14 | Time: 1:30 p.m. Courtroom: 9, 19th Flr |
| 15 | 450 Golden Gate Avenue San Francisco CA 94102 |

16      WHEREFORE, Defendant MICHAEL A. CANATELLA seeks an Order authorizing

17  KATHERINE A. POWELL, Official Court Reporter, to transcribe proceedings in the

18  encaptioned action under seal and prepare the transcript for distribution to the

19  Government and defendant for use in a pending appeal before the Ninth Circuit Court of

20  Appeals;

21      WHEREFORE, the Government and defendant wish to obviate the need to bring a

22  motion for the oversight in not obtaining the Court's authorization from the Bench to the

23  Official Reporter to transcribe and distribute the transcript notwithstanding the proceedings

24  were under seal, and resolve the matter by stipulating to the entry of an order authorizing

25  KATHERINE A. POWELL, Official Court Reporter to transcribe proceedings in the

26  encaptioned matter and prepare the transcript for distribution to the Government and

27  Defendant (on payment of the required fee) for use in a pending appeal; Accordingly,

28

STIPULATION AND ORDER

THE GOVERNMENT AND DEFENDANT HEREBY STIPULATE AND AGREE AS FOLLOWS:

That the proposed order ("Order") below be signed and entered as an Order of this Court.

Dated: March 6, 2012     UNITED STATES OF AMERICA

By: Robert David Rees
Assistant United States Attorney

Dated: March 6, 2012     DEFENDANT MICHAEL A. CANATELLA

STEVEN F. GRUEL
COTTER & DEL CARLO

By: Richard A. Canatella

ORDER

After having read and considered the stipulation of the UNITED STATES and DEFENDANT for an order authorizing KATHERINE A. POWELL, Official Court Reporter to transcribe proceedings in the encaptioned matter and prepare the transcript for distribution to the Government and defendant for use in a pending appeal before the Ninth Circuit Court of Appeals, notwithstanding that the proceedings were under seal, the Court **DIRECTS** the Official Reporter to transcribe the proceedings in the encaptioned matter and prepare the transcript for distribution to the Government and Defendant for use in a pending appeal before the Ninth Circuit Court of Appeals, on condition that the proper fee be paid to the Official Reporter.

**IT IS SO ORDERED.**

Dated: March 7, 2012

JAMES WARE
United States District Chief Judge